UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

ISIAH TAYLOR, III,

                       Plaintiff,

v.                                           Case No. 22-cv-459-pp

MICHELLE SCHMUDE REYNOLDS,
UNCAGED MINDS PUBLISHING
and DONALD REYNOLDS,

                       Defendants.

---

**ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS CASE (DKT. NO. 26)**

---

      Plaintiff Isiah Taylor, III, who is incarcerated at Gilmer Federal Correctional Institution, filed this case alleging that the defendants had breached a contract he had with them to publish a book. Dkt. No. 1. Defendant Donald Reynolds has filed an answer to the complaint. Dkt. No. 16. Defendants Michelle Reynolds and Uncaged Minds Publishing have been served but have not yet answered the complaint. Dkt. Nos. 24-25. On February 24, 2023, the plaintiff filed a motion to dismiss the case. Dkt. No. 26.

      The plaintiff states that he wants to dismiss because since he filed the case, Michelle Reynolds has honored the publishing company's contract by completing his book. Id. at 1-2. According to the plaintiff, Ms. Reynolds has exceeded his expectations in that she has offered and done far more than what the company contract provides. Id. at 2. The plaintiff states that he is satisfied with the conclusion of the agreement made and he requests that no further action be taken against the defendants. Id. On February 28, 2023, the court

1

ordered that by March 21, 2023, the defendants must file a written response to the plaintiff's motion to dismiss, indicating whether they opposed the motion; the court ordered that if the court had not received a response by the deadline, it would treat the motion as unopposed and likely would grant it. Dkt. No. 27. The court has not received a response. The court will grant the plaintiff's motion and dismiss the case. See Fed. R. Civ. P. 41(a)(2).

The court **GRANTS** the plaintiff's motion to dismiss. Dkt. No. 26. The clerk will enter judgment accordingly.

Dated in Milwaukee, Wisconsin this 23rd day of March, 2023.

BY THE COURT:

**HON. PAMELA PEPPER**
**Chief United States District Judge**